KEITH H.S. PECK            6825-0
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 384-7325
Facsimile: (808) 595-7146
E-Mail:  lawcenterhawaii@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2014

at 3 o'clock and 40 min. P M.
SUE BEITIA, CLERK

Attorney for Plaintiffs-Appellants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

B.E.L., individually and on behalf of his
minor child, B.E.L.,

      Plaintiffs-Appellants,

      vs.

STATE OF HAWAII, DEPARTMENT
OF EDUCATION and KATHRYN
MATAYOSHI, in her official capacity
as Superintendent of the Hawaii Public
Schools,

      Defendants-Appellees.

Civil No. CV 14  00066 SOM BMK
(Other Civil Action)

**PLAINTIFFS-APPELLANTS
COMPLAINT; SUMMONS IN A
CIVIL MATTER**

## COMPLAINT

Plaintiff-Appellants B.E.L. ("Father"), individually and on behalf of his minor child, B.E.L., ("Student" or collectively "Appellants") by and through their attorneys, hereby allege and aver as follows:

## I.    INTRODUCTION

1.    On November 21 and 22, 2013, an administrative hearing was conducted pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§1400, *et seq.*; 34 C.F.R. 300.1, *et seq.*; Hawaii Administrative Rules ("HAR") Chapter 8-60; and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 regarding Plaintiffs-Appellants allegations.

2.    After hearing evidence, Administrative Hearings Officer Richard A. Young issued his Findings of Fact, Conclusions of Law and Decision on January 7, 2013, and duly served copies on all parties in case number DOE-SY1314-018.

## II.    JURISDICTION AND VENUE

3.    This Court has jurisdiction in this action pursuant to 20 U.S.C. § 1415(i)(2) and H.A.R. § 8-60-70(a).

4.    This action arose in the District of Hawaii, and venue is proper in Hawaii.

### III.   PARTIES

5.   Plaintiff-Appellants B.E.L. and B.E.L. are residents in the City and County of Honolulu, State of Hawaii.  B.E.L. is the natural parent of B.E.L., who is a minor born on February 17, 2005 and who has been certified as eligible for special education in the State of Hawaii, and is entitled to a free appropriate public education ("FAPE") under the IDEA, 20 U.S.C. sec. 1401 et seq.

6.   Defendant-Appellee is Department of Education, a political subdivision and the educational agency of the State of Hawaii, which implements the State's Special Education Program pursuant to the IDEA, and Kathryn Matayoshi, who is sued in her official capacity as the superintendent of the Hawaii Public Schools or DOE. The DOE is a political subdivision of the State of Hawaii, which implements the State's special education programs pursuant to the IDEA.

7.   Plaintiff-Appellants are aggrieved by the Administrative Hearings Officer's Findings of Fact, Conclusions of Law and Decision of January 7, 2014.

### IV.   FACTUAL ALLEGATIONS

8.   Plaintiff-Appellant seeks review and partial reversal of the January 7, 2014, administrative hearing decision in DOE-SY1314-018.

9.   Student currently attends a regular education private school, Assets
Academy.

10.   Contrary to the hearing decision in DOE-SY1314-018, the Individualized
Education Plan ("IEP") of 2/08/2013, was a violation of free appropriate
public education ("FAPE"), for the following reasons:

**Student's program was to be implemented in an overly restrictive
placement for math and language arts courses where student was not
provided supplementary aides and services to support him in these
courses;**

11.   Although the hearing decision stated some of the testimonial and
documentary evidence presented, he did not include all relevant evidence,
among which is that the IEP team determined Student's placement before
reviewing the possible supplementary aides and services that could be
provided to Student.

12.   Additionally, the hearing decision does not state whether the evidence listed
in the findings of facts were credible, but only that it was provided. The
credibility of findings of facts is herein contested in full, however, the fact
that the evidence was provided is not contested.

## V.   PRAYER FOR RELIEF

4

WHEREFORE, Plaintiff-Appellants pray that this Court find and order as follows:

13. Receive and review the records of the administrative hearing which was the subject of the decision;

14. Hear additional evidence as requested by Plaintiff-Appellants;

15. Find that Plaintiff-Appellants were denied a FAPE by the February 08, 2013 IEP and through the school year 2013-2014 and direct that Plaintiff-Appellants are the prevailing party;

16. Find that Plaintiff-Appellants' current educational placement is Assets School;

17. Order reimbursement for Student's private educational and related program, including transportation to and from the private school from August 2013 through the end of the 2013-2014 school year, based upon the denial of FAPE.

18. Order the Defendant-Appellees to pay attorney's fees related to Plaintiff-Appellants' claims brought under the IDEA for the administrative proceeding and this agency appeal under applicable law; and

19. Grant such other relief deemed just and necessary by this court.

DATED: Honolulu, Hawaii, February 4, 2014.

s/ Keith Peck
KEITH H.S. PECK

Attorney for Plaintiffs-Appellants