DAVID M. LOUIE        2162
Attorney General, State of Hawai'i

CARTER K. SIU        7313
HOLLY T. SHIKADA    4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai'i 96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Carter.K.Siu@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| B.E.L., individually and on behalf of his minor child, B.E.L.,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>Defendants-Appellees. | CIVIL NO. CV 14-00066 SOM BMK<br><br>DEFENDANTS' RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br><br><br>**Rule 16 Scheduling Conference**:<br><br>Date: July 2, 2014<br>Time: 9:30 a.m.<br>Judge: The Hon. Barry M. Kurren |

## DEFENDANTS' RULE 16 SCHEDULING CONFERENCE STATEMENT

554152_1

COME NOW, Defendants STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools by and through its attorneys undersigned, hereby submits this Scheduling Conference Statement pursuant to Rule 16.2(b), Local Rules of Practice for the United States District Court for the District of Hawaii.

## I.  NATURE OF THE CASE

This is an appeal of an administrative hearings officer's (AHO) decision in DOE-SY1314-018 regarding the Department of Education's offer of a free and appropriate public education (FAPE) to Plaintiff B.E.L., a minor child. Plaintiffs rejected placement in a special education classroom for math and English and seek reimbursement for tuition at a private school for children with specific learning disabilities. Plaintiff B.E.L. claims that he should have been placed in a general education setting with supplemental aides and services.

## II.  JURISDICTION AND VENUE

This Court has jurisdiction in this action pursuant to 20 U.S.C. § 1415, and 20 U.S.C. § 1400 *et seq.* This action arose in the District of Hawaii, and venue is appropriate herein.

## III.  DEMAND FOR JURY TRIAL

Not applicable.

## IV. INITIAL DISCLOSURES

Not applicable.

## V. DISCOVERY/MOTIONS

Not applicable.

## VI. SPECIAL PROCEDURES OR OTHER MATTERS

At this time, Defendants do not believe there is a need for any special procedures or other matters.

## VII. RELATED CASES

None.

## VIII. ADDITIONAL MATTERS

None.

## IX. SETTLEMENT

No settlement discussions have occurred as of this time.

DATED: Honolulu, Hawai`i, June 25, 2014.

/s/ Carter K. Siu
CARTER K. SIU
Deputy Attorney General
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| B.E.L., individually and on behalf of his minor child, B.E.L.,<br><br>　　　Plaintiffs-Appellants,<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>　　　Defendants-Appellees. | CIVIL NO. CV 14-00066 SOM BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2014, a copy of the Notice of Appearance of Counsel was duly served electronically through CM/ECF as follows:

　　KEITH H.S. PECK, Esq.　　Email: lawcenterhawaii@aol.com
　　Attorney for Plaintiffs

　　DATED: Honolulu, Hawaii, June 25, 2014.

　　　　　　　　　　　　　　　　/s/ Carter K. Siu
　　　　　　　　　　　　　　　　CARTER K. SIU
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Attorney for Defendants