KEITH H.S. PECK        6825-0
3360 Kamaaina Place
Honolulu, Hawaii  96817
Telephone: 808-384-7325
Facsimile: 808-595-7146
lawcenterhawaii@aol.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| B.E.L., individually and on behalf of his minor child, B.E.L.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>            Defendants. | CIVIL NO.CV14-00066 SOM/BMK (Other Civil Action)<br><br>PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br>Date: July 2, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Barry M. Kurren |

**PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT**

**I.   NATURE OF THE CASE**

This action is pursuant to the Individuals with Disabilities Education Act ("IDEA"). This IEP was alleged to be a denial of a free appropriate public education due to an overly restrictive placement. The

administrative law judge disagreed with Plaintiffs and dismissed the hearing request. This appeal seeks de novo review.

**II. JURISDICTION**

This court has subject matter jurisdiction in IDEA claims and venue is proper in this Court.

**III. JURY TRIAL**

No jury trial has been demanded.

**IV. DISCOVERY, DISCLOSURE AND MOTION**

Additional evidence may be provided in this matter. No discovery is pending.

**V. SPECIAL PROCEDURES**

None anticipated

**VI. RELATED CASES**

There are no related cases pending.

**VII. ADDITIONAL MATTERS**

None.

DATED: Honolulu, Hawaii, July 2, 2014.

/s/ Keith H.S. Peck
KEITH H.S. PECK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| B.E.L., individually and on behalf of his minor child, B.E.L.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>    Defendants. | CIVIL NO.CV14-00066 SOM/BMK<br>  (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

This is to certify that a copy of "Petitioners' Scheduling Conference Statement" was duly served this day via ECF, upon the following:

    CARTER K. SIU, ESQ.
    Deputy Attorney General
    Department of the Attorney General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii  96813

    Counsel for the Defendant

DATED:  Honolulu, Hawaii, July 2, 2014.

                                /s/ Keith H.S. Peck
                                KEITH H.S. PECK