# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| B.E.L., individually and on behalf of his minor child, B.E.L.<br><br>    Plaintiff(s),<br><br>    V.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION; KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 14-00066 SOM-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>October 24, 2014<br><br>At 12 o'clock and 05 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the "Order Affirming Administrative Hearing Officer's Decision" filed on October 24, 2014.

| | |
|---|---|
| October 24, 2014 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |