UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| B. E. L., individually and on behalf of his minor child, B.E.L., <br><br>    Plaintiff - Appellant, <br><br> v. <br><br>STATE OF HAWAII DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools, <br><br>    Defendants - Appellees. | No. 14-17316 <br><br> D.C. No. 1:14-cv-00066-SOM-BMK <br> U.S. District Court for Hawaii, Honolulu <br><br> **MANDATE** |

    The judgment of this Court, entered February 14, 2018, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    Costs are taxed against the appellant in the amount of $38.90.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7